# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### SENIOR JUDGE WILEY Y. DANIEL

| | | | |
|---|---|---|---|
| Date: | September 18, 2014 | Probation: | Nicole Peterson and |
| Courtroom Deputy: | Robert R. Keech | | Paige Meador |
| E.C.R./Reporter: | Janet Coppock | Interpreter: | N/A |

Criminal Case No: **12-cr-00485-WYD and 14-cr-00304-WYD**

Counsel:

UNITED STATES OF AMERICA,                David M. Conner

      Plaintiff,

v.

**1. CHRISTOPHER WEBB**,                Pamela R. Mackey

      Defendant.

## SENTENCING AND SUPERVISED RELEASE VIOLATION HEARINGS

**2:21 p.m.**     Court in Session - Defendant present (in-custody)

> **Change of Plea Hearing - Thursday, May 15, 2014, at 2:00 p.m.**
> **Plea of Guilty - Count 7 of Indictment.**

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

2:23 p.m.     Statement on behalf of Probation (Ms. Peterson).

2:26 p.m.     Statement on behalf of Government (Mr. Conner).

2:33 p.m.     Statement on behalf of Probation (Ms. Peterson).

2:33 p.m.     Statement on behalf of Defendant (Ms. Mackey).

2:38 p.m.        Statement and argument on behalf of Government (Mr. Conner).

2:49 p.m.        Statement on behalf of Probation (Ms. Peterson).

2:50 p.m.        Statement on behalf of Defendant (Ms. Mackey).

2:56 p.m.        Statement by Defendant on his own behalf (Mr. Webb).

                 Court makes findings.

**ORDERED:**    Government's Motion for Decrease for Acceptance of Responsibility [ECF Doc. No. 51], filed August 20, 2014, is **GRANTED.**

                 Order is **APPROVED BY THE COURT.**

**ORDERED:**    Government's Motion for Downward Departure Pursuant to 5K1.1 [ECF Doc. No. 53], filed August 20, 2014, is **GRANTED.**

**ORDERED:**    Defendant be **imprisoned** for **41** months.  The term of imprisonment imposed by this judgment shall run consecutively to the defendant's imprisonment pursuant to the judgment in Case Nos. CR06-00294MJP-001, CR06-00459MJP-001, and CR06-00465MJP-001 (now Case No. 1:14CR00304-WYD).

**ORDERED:**    Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**    **Conditions** of **Supervised Release** are:

   (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

   (X)    Defendant shall not commit another federal, state or local crime.

   (X)    Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

   (X)    Defendant shall comply with standard conditions adopted by the Court.

   (X)    If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

   (X)    Defendant shall not unlawfully possess a controlled substance.

(X)  The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X)  As directed by the probation officer, the defendant shall apply any monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains to the outstanding court ordered financial obligation in this case.

(X)  The defendant shall document all income or compensation generated or received from any source and shall provide such information to the probation officer as requested.

(X)  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

(X)  The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

(X)  The defendant shall remain medication compliant and shall take all medications that are prescribed by his treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** The defendant shall make restitution to the victims and in the amounts indicated in the presentence report. The defendant does not have the ability to pay interest on this restitution. Therefore, the interest is waived.

**ORDERED:** Government's Motion to Dismiss Counts 1 Through 6, and Count 8 of the Indictment [ECF Doc. No. 52], filed August 20, 2014, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

### 14-cr-00304-WYD - Supervised Release Violation Hearing

3:39 p.m.    Statement on behalf of Defendant admitting to violation 1 (Ms. Mackey).

3:40 p.m.    Statement on behalf of Government (Mr. Conner).

3:41 p.m.    Statement on behalf of Defendant (Ms. Mackey).

3:41 p.m.    Statement on behalf of Probation (Ms. Peterson).

3:44 p.m.    Statement by Defendant on his own behalf (Mr. Webb).

Court makes findings and concludes that defendant has violated conditions of supervised release.

**ORDERED:** Supervised release is **REVOKED.**

**ORDERED:** Defendant be **imprisoned** for **6** months to run consecutively to the sentence imposed in criminal case number 12-cr-00485-WYD.

**Court RECOMMENDS that the Bureau of Prisons credit defendant for 0 days spent in custody.**

**ORDERED:** The defendant is ordered to pay the balance of the restitution outstanding.

**ORDERED:** No term of supervised release shall follow the term of incarceration.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**Court RECOMMENDS that for the defendant's safety and well-being, the Bureau of Prisons not designate the defendant to a facility within the state of Colorado.  The Court STRONGLY RECOMMENDS the Bureau of Prisons place the defendant at FCI - Fairton, New Jersey.**

**ORDERED:**     Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:55 p.m.**     Court in Recess - HEARING CONCLUDED.

<u>**TOTAL TIME: 1:34**</u>