UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   12-cr-00485-WYD

UNITED STATES OF AMERICA,

Plaintiff,

v.

1.  CHRISTOPHER WEBB,

Defendant.

**ORDER**

THIS MATTER coming before the Court upon motion of the government to grant

the defendant an additional one-level decrease in the offense level for acceptance of

responsibility pursuant to United States Sentencing Guidelines section 3E1.1(b), and

the Court having considered the same, it is hereby

ORDERED that Government's Motion to Grant the Defendant an Additonal One-

Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [ECF Doc. No. 51], filed August 20,

2014, is **GRANTED.**  It is further

ORDERED that the defendant be granted an additional one-level decrease in the

offense level.

Dated: September 18, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE