UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00485-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER WEBB,

    Defendant.

## ORDER TO DISMISS

    Upon consideration of the Government's Motion to Dismiss, and for good cause shown, it is hereby

    ORDERED that Government's Motion to Dismiss Counts 1 Through 6 and Count 8 of the Indictment [ECF Doc. No. 52], filed August 20, 2014, is **GRANTED.** It is further

    ORDERED that Counts 1 through 6, and Count 8 of the Indictment are **DISMISSED** as to defendant Christopher Webb.

    Dated: September 18, 2014.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE